UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GARY S. FISH, ESQ.,

        Plaintiff,

-against-

DEPARTMENT OF VETERANS AFFAIRS,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No. 07 Civ. 8142 (BSJ)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gary S. Fish, Esq., and Defendant Department of Veterans Affairs, as follows:

      1.    The above captioned action is dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
       September 20, 2007

                                      _____
                                      Gary S. Fish, Esq., pro se  (GSF 6551)
                                      15 Maiden Lane, Suite 1108
                                      New York, NY 10038
                                      Tel.: (212) 964-5100

Dated: New York, New York
       September 24, 2007

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant Department
                                      of Veterans Affairs

                              By: _____
                                      PETER M. SKINNER
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2601

Dated: New York, New York
September 26, 2007

SO ORDERED:

_____
HON. BARBARA S. JONES
UNITED STATES DISTRICT JUDGE